UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI LARSON,<br><br>        Plaintiff,<br><br>   v.<br><br>CONEWANGO PRODUCTS CORP., et al.,<br><br>        Defendants. | 1:09-cv-01060-LJO-SMS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 2)<br><br>ORDER DIRECTING SERVICE OF THE COMPLAINT ON DEFENDANTS<br><br>ORDER DIRECTING THE CLERK TO FORWARD SERVICE DOCUMENTS TO PLAINTIFF<br><br>ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE DOCUMENTS TO THE COURT<br><br>ORDER DIRECTING THE CLERK TO FORWARD ANY SERVICE DOCUMENTS RETURNED BY PLAINTIFF TO THE MARSHAL FOR SERVICE OF PROCESS<br><br>ORDER DIRECTING THE MARSHAL TO SERVE THE COMPLAINT UPON RECEIPT OF SERVICE DOCUMENTS |

     Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

/////

1

1   I. <u>Application to Proceed in Forma Pauperis</u>

2   Plaintiff has submitted a declaration that makes the showing
3   required by § 1915(a). Accordingly, the request to proceed in
4   forma pauperis IS GRANTED. 28 U.S.C. § 1915(a).

5   II. <u>Service of the Complaint</u>

6   In cases wherein the plaintiff is proceeding in forma
7   pauperis, the Court is required to screen cases and shall dismiss
8   the case at any time if the Court determines that the allegation
9   of poverty is untrue, or the action or appeal is frivolous or
10  malicious, fails to state a claim on which relief may be granted,
11  or seeks monetary relief against a defendant who is immune from
12  such relief. 28 U.S.C. 1915(e)(2).

13  A review of the complaint submitted by Plaintiff, Linze
14  Larson, shows that if the pro se plaintiff's allegations are
15  liberally construed in the light most favorable to the Plaintiff,
16  <u>Jackson v. Carey</u>, 353 F.3d 750, 756 (9th Cir. 2003), Plaintiff
17  has alleged facts that might support a claim entitling her to
18  relief. Accordingly, the entire action does not fail to state a
19  claim for relief, and the Court will proceed to order the
20  complaint served on behalf of Plaintiff.

21  A. <u>Directions to the Marshal</u>

22  Accordingly, when appropriate service documents are
23  submitted to the Court and forwarded to the Marshal, the United
24  States Marshal SHALL SERVE the complaint.

25  B. <u>Directions to the Clerk and to Plaintiff</u>

26  Service IS appropriate for the following defendants:
27  CONEWANGO PRODUCTS CORP., AND JEFFREY PERKINS.
28  Accordingly,

2

1      1) Plaintiff's application to proceed in forma pauperis IS
2  GRANTED; and
3      2) The Clerk of the Court SHALL SEND Plaintiff two USM-285
4  forms, two summonses, an instruction sheet, a notice of
5  submission of documents, and three copies of the complaint filed
6  in this Court.
7      3) Within thirty days from the date of service of this
8  order, Plaintiff shall complete the attached Notice of Submission
9  of Documents and submit the completed Notice to the court with
10 the following documents:
11             a. Completed summons;
12             b.  One completed USM-285 form for each defendant
13                listed above; and
14             c. Three copies of the endorsed complaint filed in
15                this Court.
16    Plaintiff need not attempt service on defendants and need
17 not request waiver of service.
18     4) Upon receipt of the documents described above, the Clerk
19 of the Court SHALL FORWARD them to the United States Marshal to
20 serve the above-named defendants pursuant to Federal Rule of
21 Civil Procedure 4 without payment of costs.
22     **Plaintiff's failure to comply with this order will**
23 **result in a recommendation to dismiss this action for**
24 **failure to obey this Court's order.  Local Rule 11-110.**
25 IT IS SO ORDERED.
26 **Dated:   June 18, 2009**                                      **/s/ Sandra M.**
                        **Snyder**
27                 UNITED STATES MAGISTRATE JUDGE
28

3