1  LINZI LARSON
   P.O. BOX 25
2  COROCRAN, CA 93212
   Telephone: 559.992.3994
3

4  In pro per

LODGED
JUN 2 2 2010
CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

FILED
JUN 2 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI LARSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CONEWANGO PRODUCTS CORP., DOES 1-50, inclusive,<br><br>            Defendants. | Case No.: 1:09cv1060 LJO SKO<br><br>**STIPULATION TO CONTINUE SCHEDULING CONFERENCE** |

Plaintiff Linzi Larson, in pro per, and Jonmi N. Koo, attorney for Defendant Conewango Products Corp. make the following stipulation in the above-entitled action:

1. On May 28, 2010, the Court issued an Order Scheduling Mandatory Scheduling Conference. The Scheduling Conference is currently set for 10:00 a.m. on July 7, 2010;

2. Plaintiff is unavailable to attend the Scheduling Conference on July 7, 2010;

3. Plaintiff requested that Defendant stipulate to continue the Scheduling Conference for 14 days to accommodate her schedule;

4. Defendant has agreed to stipulate to continue the Scheduling Conference for 14 days to accommodate Plaintiff's schedule.

1     Therefore, it is hereby stipulated and agreed by and between the parties that the

2 Scheduling Conference be continued to July 21, 2010 at ~~10:00~~ 9:30 a.m., or as soon thereafter as the

3 matter may be heard.

4 DATED: June 17, 2010            **PERKINS COIE LLP**

6                                           By: _____
                                               John N. Koo

7                                    Attorneys for Defendant
8                                    CONEWANGO PRODUCTS CORP.

9 DATED: June 18, 2010

11                                         By: _____
                                               Linzi Larson

12                                    Plaintiff, in Pro Per

14 WITH GOOD CAUSE APPEARING, IT IS SO ORDERED.

16 DATED: __6/22/10__            _____
17                                  Hon. Sheila Oberto
                                 U.S. District Court Magistrate Judge