SUE J. STOTT, State Bar No. 91144
*SStott@perkinscoie.com*
JONMI N. KOO, State Bar No. 233136
*JKoo@perkinscoie.com*
**PERKINS COIE LLP**
Four Embarcadero Center
Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorney for Defendant Conewango Products Corp.

ALLEN BROSLOVSKY, State Bar No. 124102
*broslaw@att.net*
**LAW OFFICE OF ALLEN BROSLOVSKY**
613 West Noble Avenue
Visalia, CA 93277
Telephone: (559) 749-0900
Facsimile: (877)749-9880

Attorney for Plaintiff Linzi Larson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI LARSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONEWANGO PRODUCTS CORP. and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | NO. 1:09-cv-01060-LJO-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL DISCLOSURES DATE** |

　　　　Plaintiff Linzi Larson and Defendant Conewango Products Corp., by and through their counsel of record, make the following stipulation in the above-entitled action:

　　　　1.　　On July 29, 2010, the Court issued a Scheduling Order, setting August 6, 2010 as the deadline for the parties to exchange Initial Disclosures;

2. To accommodate Defendant's counsel's briefing schedule in an unrelated matter pending before the Superior Court of California, County of Alameda, Plaintiff has agreed to stipulate to continue the Initial Disclosures deadline by a week.

Because good cause exists for the short extension, it is hereby stipulated and agreed by and between the parties that the Initial Disclosures deadline be continued to August 13, 2010.

.

DATED:  August 5, 2010                **PERKINS COIE LLP**


By:  _____/s/_____
         Jonmi N. Koo

Attorneys for Defendant
CONEWANGO PRODUCTS CORP.


DATED:  August 5, 2010                **ALLEN BROSLOVSKY**


By:  _____/s/_____
         Allen Broslovsky, Esq.
         Attorney for plaintiff Linzi Larson


IT IS SO ORDERED.

   Dated:  **August 5, 2010**              **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION AND PROPOSED ORDER TO CONTINUE INITIAL DISCLOSURES DATE
1:09-cv-01060-LJO-SKO