UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINZI M. LARSON,<br><br>          Plaintiff,<br>   vs.<br>CONEWANGO PRODUCTS CORP.,<br><br>          Defendant.<br>_____/ | CASE NO. CV F 09-1060 LJO SKO<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 46.) |

Plaintiff's counsel notified this Court that settlement has been reached. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 18, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the September 27, 2011 settlement conference, May 12, 2012 pretrial conference and June 11, 2012 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   September 16, 2011**           /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE